# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

HARRY A. BOATNER JR.,

        Petitioner

No. 59 WM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2015, the Petition for Extraordinary Jurisdiction is **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (stating that hybrid representation is not permissible). The Prothonotary is **DIRECTED** to forward the filing to counsel of record.